# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __14-2162__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: HCG Software, LLC

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/s/ G. David Dean
(signature)

| | |
|---|---|
| Gilbert David Dean II | 410-528-2972 |
| Name (printed or typed) | Voice Phone |
| Cole Schotz Meisel Forman Leonard | 410-528-9402 |
| Firm Name (if applicable) | Fax Number |
| 300 E. Lombard Street, Suite 2000 | |
| Baltimore, MD 21202 | ddean@coleschotz.com |
| Address | E-mail address (print or type) |

---

## CERTIFICATE OF SERVICE

I certify that on __November 5, 2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Arthur G. Kahn, Esquire<br>211 North Union Street, Suite 100<br>Alexandria, VA 22314<br><br>Counsel for Public-Sector Solutions, Inc. | Joseph J. Bellinger, Esquire<br>Offit Kurman<br>300 E. Lombard Street, Suite 2010<br>Baltimore, MD 21202<br><br>Chapter 7 Trustee |

/s/ G. David Dean                                         November 5, 2014
Signature                                                      Date

05/07/2014
SCC