UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. **14-2162** as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: **Public-Sector Solutions, Inc.**

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

**/s/ Arthur G. Kahn**
(signature)

| | |
|---|---|
| Arthur G. Kahn | 703-838-5575 |
| Name (printed or typed) | Voice Phone |
| Alexakis & Kahn, PLLC | 703-683-4707 |
| Firm Name (if applicable) | Fax Number |
| 211 North Union Street, Suite 100 | |
| Alexandria, VA 22314 | arthur.kahn@aklawservices.com |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on **November 7, 2014** the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

G. David Dean, Esq.
Cole Schotz Meisel Forman Leonard
300 E. Lombard Street, Suite 2000
Baltimore, MD 21202

Joseph J. Bellinger, Esq.
Offit Kurman
300 E. Lombard Street, Suite 2010
Baltimore, MD 21202

Chapter 7 Trustee

**/s/ Arthur G. Kahn**                                      **November 7, 2014**
Signature                                                          Date

05/07/2014

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
    If yes, identify entity and nature of interest:

5.  Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
    If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6.  Does this case arise out of a bankruptcy proceeding?  ☑ YES ☐ NO
    If yes, identify any trustee and the members of any creditors' committee:
    Joseph J. Bellinger, Chapter 7 Trustee

Signature: /s/ Arthur G. Kahn     Date: November 7, 2014

Counsel for: Public-Sector Solutions, Inc.

# CERTIFICATE OF SERVICE
**************************

I certify that on November 7, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

/s/ Arthur G. Kahn                    November 7, 2014
(signature)                           (date)

- 2 -